JUDITH W. HARRISON et al. v. T. L. HARGROVE et al.

PETITION OF PLAINTIFF TO REHEAR.    (See 109 N. C., 346.)

*Messrs. Batchelor and Devereux* (by brief) for petitioners.
*Mr. E. C. Smith*, contra.

PER CURIAM: We have carefully examined the petition filed in this case, as well as the learned brief of the counsel for the petitioners.    Upon due consideration, our conclusion is that the judgment heretofore rendered should not be disturbed.    As the opinion of the Court fully sets forth our views, it is needless to repeat them in disposing of the present proceeding.                          Petition Denied.